| Case | Number | Date | Judges | Disposition |
|---|---|---|---|---|
| Gutierrez v. State | 45A05–1512–CR–2372 | 01/30/2017 | MATHIAS, J.<br>ROBB, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Scales v. Levels | 82A01–1512–CC–2323 | 01/31/2017 | BROWN, J.<br>ROBB, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Cole v. State | 49A02–1603–CR–575 | 01/31/2017 | BARNES, J.<br>RILEY, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Smith v. State | 49A02–1605–CR–1156 | 01/31/2017 | BRADFORD, J.<br><br>VAIDIK, C.J.<br>BROWN, J. | Affirmed in part and reversed in part<br>Concurs<br>Concurs |
| Mastin v. State | 18A04–1605–PC–1038 | 01/31/2017 | ROBB, J.<br>KIRSCH, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Smith v. State | 49A02–1606–CR–1392 | 01/31/2017 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Konkle v. State | 78A05–1606–CR–1442 | 01/31/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Freeman v. Property–Owners Insurance Company | 73A05–1606–PL–1255 | 01/31/2017 | SHEPARD, Sr.J.<br>CRONE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Odneal v. Circle Medical Management | 45A03–1609–CT–2037 | 01/31/2017 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| S.C., Commitment of | 49A04–1608–MH–1802 | 01/31/2017 | PYLE, J.<br>BAKER, J.<br>MATHIAS, J. | Dismissed<br>Concurs<br>Concurs |
| Steiner v. State | 79A05–1606–CR–1544 | 01/31/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |